**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY GRIMES and CAMERON DIEGLE, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; and LOWE'S COMPANIES, INC., a North Carolina Corporation,<br><br>    Defendants. | Case No. 2:26-cv-01760-JDP<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, having considered the Parties' Joint Stipulation, the Court hereby ORDERS that Defendants Lowe's Home Center, LLC and Lowe's Companies, Inc.'s deadline to answer or otherwise respond to the Complaint is extended to June 29, 2026.

IT IS SO ORDERED.


Dated:     May 12, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1