

United States District Court
Eastern District of California

Ashley Grimes and Cameron Diegle

Plaintiff(s)

Case Number: 2:26-cv-01760-JDP

V.

Lowe's Home Centers, LLC et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

J. Matthew Thornton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lowe's Home Centers, LLC and Lowe's Companies, Inc.

On ___02/24/2021___ (date), I was admitted to practice and presently in good standing in the

___State of Minnesota___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Concurrently seeking pro hac vice admission to represent same defendants in HARHAY, et al.

vs LOWE'S HOME CENTERS, LLC, Case No. 2:26-cv-01757-DC-JDP, application dated 05/08/2026, still pending.

Date:___05/12/2026___    Signature of Applicant: /s/ ___J. Matthew Thornton___

**Pro Hac Vice Attorney**

Applicant's Name: J. Matthew Thornton

Law Firm Name: Ballard Spahr LLP

Address: 2000 IDS Center

80 South 8th Street

City: Minneapolis    State: MN    Zip: 55402

Phone Number w/Area Code: (612) 371-6207

City and State of Residence: Minneapolis, MN

Primary E-mail Address: thorntonj@ballardspahr.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brianna R. Howard

Law Firm Name: Ballard Spahr LLP

Address: 2029 Century Park East, Suite 1400

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (424) 204-4400    Bar # 314642

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE